Mark C. Fields (#100668)
Michael J. Gibson  (#115657)
Law Offices of Mark C. Fields, APC
21515 Hawthorne Boulevard, Suite 450
Torrance, California 90503-6531

(310) 540-2000

Attorneys for Chinatel Group, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FISCHER, | Case No. CV09-3682 VBF PJWx |
| Plaintiff, | ANSWER |
| v. | |
| CHINATEL GROUP, INC., | |
| Defendant. | |

In Answer to the Complaint of Plaintiff Michael Fischer ("Plaintiff"), Defendant Chinatel Group, Inc. ("Defendant") hereby admits, denies, and states as follows:

1. In answer to Paragraph 1 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

2. In answer to Paragraph 2 of Plaintiff's Complaint, Defendant admits owing obligations to Plaintiff under the Note Purchase Agreement, and further states that the failure to pay said obligations was based on lack of available funds.

ANSWER

1

3.	In answer to Paragraph 3 of Plaintiff's Complaint, Defendant lacks information sufficient to enable it to answer, and on that basis denies the allegations set forth therein.

4.	In answer to Paragraph 4 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

5.	In answer to Paragraph 5 of Plaintiff's Complaint, Defendant lacks information sufficient to enable it to answer, and on that basis denies the allegations set forth therein.

6.	In answer to Paragraph 6 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

7.	In answer to Paragraph 7 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

8.	In answer to Paragraph 8 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

9.	In answer to Paragraph 9 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

10.	In answer to Paragraph 10 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

11.	In answer to Paragraph 11 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

12. In answer to Paragraph 12 of Plaintiff's Complaint, Defendant lacks information sufficient to enable it to answer, and on that basis denies the allegations set forth therein.

13. In answer to Paragraph 13 of Plaintiff's Complaint, Defendant lacks information sufficient to enable it to answer, and on that basis denies the allegations set forth therein.

14. In answer to Paragraph 14 of Plaintiff's Complaint, Defendant lacks information sufficient to enable it to answer, and on that basis denies the allegations set forth therein.

15. In answer to Paragraph 15 of Plaintiff's Complaint, Defendant lacks information sufficient to enable it to answer, and on that basis denies the allegations set forth therein.

16. In answer to Paragraph 16 of Plaintiff's Complaint, Defendant lacks information sufficient to enable it to answer, and on that basis denies the allegations set forth therein.

17. In answer to Paragraph 17 of Plaintiff's Complaint, Defendant lacks information sufficient to enable it to answer, and on that basis denies the allegations set forth therein.

18. In answer to Paragraph 18 of Plaintiff's Complaint, Defendant lacks information sufficient to enable it to answer, and on that basis denies the allegations set forth therein.

19. In answer to Paragraph 19 of Plaintiff's Complaint, Defendant lacks information sufficient to enable it to answer, and on that basis denies the allegations set forth therein.

20. In answer to Paragraph 20 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

21.   In answer to Paragraph 21 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

22.   In answer to Paragraph 22 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

23.   In answer to Paragraph 23 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

24.   In answer to Paragraph 24 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

25.   In answer to Paragraph 25 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

26.   In answer to Paragraph 26 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

27.   In answer to Paragraph 27 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

28.   In answer to Paragraph 28 of Plaintiff's Complaint, Defendant states that the cause of the failure to pay Fischer on his Note was and is Defendant's lack of funds.

29.   In answer to Paragraph 29 of Plaintiff's Complaint, Defendant repeats and realleges paragraphs 1 – 28 as though set forth in full.

30. In answer to Paragraph 30 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

31. In answer to Paragraph 31 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

32. In answer to Paragraph 32 of Plaintiff's Complaint, Defendant admits that it has failed to pay Plaintiff, and further states that the failure to pay was due to lack of available funds.

33. In answer to Paragraph 33 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

34. In answer to Paragraph 34 of Plaintiff's Complaint, Defendant admits the allegations contained therein, with the condition that the claimed attorneys' fees must be reasonable.

35. In answer to Paragraph 35 of Plaintiff's Complaint, Defendant admits the allegations contained therein.

36. In answer to Paragraph 36 of Plaintiff's Complaint, Defendant admits the allegations contained therein, with the condition that the claimed attorneys' fees must be reasonable.

WHEREFORE, Defendant Chinatel Group, Inc. acknowledges that it owes to Plaintiff the sum of $1 million, plus interest, costs, and reasonable attorneys' fees.

Dated: July 14, 2009                    Law Offices of Mark C. Fields, APC


                                        By:_____
                                              Mark C. Fields
                                        Attorneys for Defendant Chinatel Group, Inc.

ANSWER