Stuart Shanus (SBN 188046)
email: sshanus@reedsmith.com
REED SMITH LLP
1901 Avenue of Stars, Suite 700
Los Angeles, CA 90067-6078
Telephone:  310-734-5200
Facsimile:   310-734-5299

Attorneys for Plaintiff,
Michael Fischer

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FISCHER,<br><br>                    Plaintiff,<br><br>       vs.<br><br>CHINATEL GROUP, INC.,<br><br>                    Defendant. | Civil No.: CV 09 3682 VBF PJWx<br><br>**JUDGMENT**<br><br>**Complaint Filed: 5/22/09**<br>**Honorable Valerie B. Fairbank** |

THIS MATTER having been opened to the Court by Reed Smith LLP, attorneys for Plaintiff Michael Fischer on a Motion for Judgment on the Pleadings, pursuant to Fed. R. Civ. P. 12(c); and on notice to counsel for Defendant ChinaTel Group, Inc.; and the Court having reviewed the moving and responding papers and the arguments of counsel; and a decision having been duly rendered on August 17, 2009,

/ / /

/ / /

/ / /

/ / /

/ / /

[PROPOSED] JUDGEMENT

1   IT IS ORDERED AND ADJUDGED that that Defendant ChinaTel Group, Inc.
2   pay to Plaintiff Michael Fischer the sum of $1,000,000 plus interest.  Plaintiff Michael
3   Fischer shall recover costs and reasonable attorney's fees.

    Dated:  October 16, 2009

    By  *Valerie Baker Fairbank*
        Hon. Valerie B. Fairbank
        United States District Court Judge

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1901 Avenue of the Stars, Suite 700, Los Angeles, CA 90067-6078. On October 16, 2009, I served the following document(s) by the method indicated below:

**[PROPOSED] JUDGMENT**

☐ by transmitting via facsimile on this date from fax number +1 310 734 5299 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

Mark C. Fields
Law Offices of Mark C. Fields
21515 Hawthorne Blvd.,
Suite 450,
Torrance, CA USA 90503
Tel: 310-540-2000
Email: fields@markfieldslaw.com
*Attorneys for Defendant ChinaTel Group, Inc.*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 16, 2009, at Los Angeles, California.

/s/ Stuart A. Shanus
Stuart A. Shanus