Stuart Shanus (SBN 188046)
email: sshanus@reedsmith.com
REED SMITH LLP
1901 Avenue of Stars, Suite 700
Los Angeles, CA 90067-6078
Telephone:  310-734-5200
Facsimile:    310-734-5299

Attorneys for Plaintiff,
Michael Fischer

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FISCHER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHINATEL GROUP, INC.,<br><br>　　　　　Defendant. | Case No.: CV 09 3682 VBF PJWx<br><br>Judge: Valerie B. Fairbank<br>Dept.: 9<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES PURSUANT TO 17 U.S.C. § 505**<br><br>Date:  January 4, 2010<br>Time:  1:30 pm<br>Dept:    9<br><br>*[Filed concurrently with Memorandum of Points and Authorities and  Declaration of Stuart A. Shanus]* |

TO THE COURT, PLAINTIFF AND ITS ATTORNEY OF RECORD:

　　Please take notice that on January 4, 2010, at 1:30 p.m., in Department 9 of the above entitled Court, located at 312 North Spring Street, Los Angeles, California 90071, Plaintiff Michael Fischer (hereinafter "Plaintiff") will and hereby does move the Court pursuant to 17 U.S.C. § 505 to award its attorneys fees and any costs not previously awarded pursuant to Rule 54(b) of the Federal Rules of Civil Procedure incurred in its defense of this action.

This Motion is based on this Notice, the Memorandum of Points and Authorities filed concurrently herewith, the supporting declaration of Stuart Shanus, and all other documents on file with the Court in this matter and all matter of which this Court may take judicial notice.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 12, 2009.

DATED: December 8, 2009

        REED SMITH LLP

        By    /s/ Stuart A. Shanus
            Stuart Shanus
            Attorneys for Plaintiff
            Michael Fischer

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES