UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 09-3682-VBF(PJWx)**                                Dated: **January 4, 2010**

Title:   Michael Fischer -v- Chinatel Group, Inc.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Rosalyn Adams |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                                              Not present

**PROCEEDINGS:   PLAINTIFF'S MOTION FOR ATTORNEYS' FEES (dkt. #38)**

Case called, and neither counsel for Plaintiff nor counsel for Defendant appear.

The Court grants the Plaintiff's Motion for Attorneys' Fees, but not in the amount requested. Plaintiff's counsel shall be awarded $32,500 in attorneys' fees. As more fully reflected on the record, the Court finds that any greater amount is not sufficiently supported by the papers.

Initials of Deputy Clerk   rs

-1-                                                                :3 min